JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JCR FABRICS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>J.B.S, LTD., et al.,<br><br>Defendants. | Case No. CV 17-2675 SVW(PLA)<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Stephen V. Wilson* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party bear their costs and attorney fees.

IT IS SO ORDERED.

Dated: October 13, 2017    _____
                           Hon. Stephen V. Wilson
                           United Stated District Court Judge

3459193 v1